541 A.2d 314

**Martin E. ZERN and Nancy L. Zern, his wife, et al.**

v.

**Charles MULDOON, et al.**

**Appeal of CITIZENS FIRE COMPANY # 1 OF PALMYRA.**

Supreme Court of Pennsylvania.

Argued May 10, 1988.

Decided May 18, 1988.

David C. Miller, Harrisburg, for appellants.

Timothy D. Sheffey, Lebanon, for appellee Nissley Estate.

Keith L. Kilgore, Lebanon, Kenneth C. Sandoe, Myerstown, for appellees Muldoons.

Joseph M. Farrell, Palmyra, Franklin A. Miles, Jr., Harrisburg, for appellee Michael Heisey.

Charles P. Buchanio, Lebanon, for appellees Martin E. Zern, et ux.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and STOUT, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.